UNITED STATES DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 17-24 |
| MONICA SYLVEST | SECTION: "E" |

NOTICE OF SENTENCING

**PHOTO IDENTIFICATION REQUIRED TO ENTER THE BUILDING**

Take Notice that this criminal case has been set for sentencing on September 7, 2017 at 2:00 p.m. before Judge Susie Morgan, 500 Poydras St., New Orleans, LA.

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

Date: June 2, 2017

WILLIAM W. BLEVINS, CLERK

by: Cesyle Nelson
Deputy Clerk

Monica Sylvest – Davidson Ehle, III, counsel

AUSA: Brian M. Klebba

U.S. Marshal

U.S. Probation Officer - Pre-trial Services Unit

**If you change address,
notify clerk of court
by phone 504-589-7680**